UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN A. MCCOLLUM,<br><br>Plaintiff,<br><br>v.<br><br>JEFF TITUS, Warden; SHERLINDA WHEELER, Acting Warden; PAUL SCHNELL, Comm'r; JOAN WOLFF, RN Supervisor; CHRISTINE PAWELK, Ops. Dir.; MICHELLE SMITH, Dep. Comm'r; NANETTE LARSON, Asst Comm'r; and DOES 1-100, sued in their professional capacities,<br><br>Defendants. | Case No. 21-CV-1774 (NEB/JFD)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the June 2, 2022 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (ECF No. 34.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

   1.   The Report and Recommendation (ECF No. 34) is ACCEPTED;

   2.   Defendants' Motion to Dismiss (ECF No. 25) is GRANTED; and

3. McCollum's complaint is DISMISSED without prejudice. Defendant may refile an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure asserting specific individual capacity claims against specific defendants no later than 21 days from the date of this order.

Dated: July 6, 2022                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge