## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN A. MCCOLLUM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARDEN JEFF TITUS, ACTING<br>WARDEN SHERLINDA WHEELER, and<br>DOES 1–5, sued in their professional<br>capacities,<br><br>　　　　　Defendants. | Case No. 21-CV-1774 (NEB/JFD)<br><br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION |

The Court has received the May 3, 2023 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 53 ("R&R").) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 53) is ACCEPTED;

2. Defendants Jeff Titus and Sherlinda Wheeler's Motion to Dismiss the Amended Complaint (ECF No. 45) is GRANTED and all claims against them are DISMISSED WITH PREJUDICE; and

3. All claims against Does 1–5 are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 5, 2023            BY THE COURT:

                               s/Nancy E. Brasel
                               Nancy E. Brasel
                               United States District Judge